# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

WERNER FLIER, TIMOTHY GILFUS,
MICHAEL GILFUS, DANIEL GILFUS,
LISA GILFUS, EDWARD HASKIN, and
JENNIFER SWAN

          V.          CASE NUMBER: 5:03-CV-578(HGM/DEP)

CAYUGA COUNTY, CAYUGA COUNTY
DISTRICT ATTORNEY'S OFFICE,
ATTORNEY VARGASON, ATTORNEY ADSIT,
CAYUGA COUNTY SHERIFF'S DEPARTMENT,
SHERIFFS OUTHOUSE, BENTON AND LUPO,
THOMAS ADESSA, JOHN AND JANE DOES

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Howard G. Munson dated September 15, 2006.

DATED:   September 15, 2006

                                                Clerk of Court

LKB:lmp